IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60329
Conference Calendar
_____


EMANUEL ALFORD,

                                        Plaintiff-Appellant,

versus

JAMES ANDERSON; JOSEPH RIGSBEE;
LEANETTE JORDAN,

                                        Defendants-Appellees.


----------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:98-CV-251-W-S
----------------------

February 9, 1999

Before BARKSDALE, and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

     Mississippi state prisoner Emanuel Alford, #57166, appeals
the district court's dismissal of his 42 U.S.C. § 1983 complaint
with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to
state a claim upon which relief may be granted.  We have reviewed
the record and Alford's brief and conclude that Alford has failed
to identify any error in the dismissal.  See Alford v. Anderson,

_____

     [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

     [**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 3:98cv251BN (S.D. Miss. Apr. 28, 1998).

Alford's appeal is without merit and therefore frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. See 5TH CIR. R. 42.2. We caution Alford that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Alford is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.